IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALEXANDRU BARBARAS,

    Plaintiff,

v.                              4:11cv621-WS

FLORIDA STATE UNIVERSITY
COLLEGE OF MEDICINE, et al.,

    Defendants.

## ORDER DENYING PLAINTIFF'S
## MOTIONS FOR A TEMPORARY RESTRAINING ORDER

    Before the court is the magistrate judge's report and recommendation (doc. 7) docketed December 28, 2011.  The magistrate judge recommends that the plaintiff's motions (docs. 4 & 6) for a temporary restraining order be denied.  The plaintiff has filed no objections to the report and recommendation.

    Upon review of the record, the court has determined that the recommendation should be adopted.

    Accordingly, it is ORDERED:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2.  The plaintiff's motions (docs. 4 & 6) are DENIED.

3.  The clerk is directed to return the file to the magistrate judge for further proceedings.

DONE AND ORDERED this <u>  1st  </u> day of <u>   February   </u>, 2012.


            <u>s/ William Stafford      </u>
            WILLIAM STAFFORD
            SENIOR UNITED STATES DISTRICT JUDGE